UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:14-CR-35 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| AARON SUTTLES | ) | |

### **O R D E R**

Defendant Aaron Suttles ("Defendant") filed a motion to suppress evidence seized on December 31, 2013 (Court File No. 13). The motion was referred to United States Magistrate Judge William B. Mitchell Carter, who held a hearing and subsequently filed a Report and Recommendation ("R&R") concluding that Defendant's motion should be denied (Court File No. 20). Defendant subsequently filed an objection to the R&R (Court File No. 21), to which the government filed a response (Court File No. 21).

For the reasons set forth in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 20). Accordingly, Defendant's motion to suppress is **DENIED** (Court File No. 13).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**